FID 11827642
USMS SACRAMENTO RCVD
JUN 27 2025 AM10:07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

**Jan 28, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA ,

    v.

NOAH JACOB LAMB ,

Case No:  **2:25−CR−00152−TLN**

# WARRANT FOR ARREST

**TO:  THE UNITED STATES MARSHAL**
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Noah Jacob Lamb

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**Conspiracy**

in violation of Title _____ **18** _____ United States Code, Section(s) _____ **371** _____

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **6/27/25**          **Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **NO BAIL**

by  **Magistrate Judge Allison Claire**

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant _____

| | |
|---|---|
| 6/27/25 | Alan Yao − SDUSM |
| Date Received | Name and Title of Arresting Officer |
| 7/2/25 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |