ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA. 95814
Telephone: (916) 554-2700

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-3847

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH JACOB LAMB,<br><br>Defendant. | CASE NO. 2:25-CR-00152-DC<br><br>STIPULATED MOTION TO CONTINUE STATUS REGARDING SENTENCING; ORDER |

1. By previous order, this matter was set for status regarding sentencing on October 16, 2026.

2. By this stipulation, the parties now move to continue the status regarding sentencing until October 15, 2027, in order to enable the parties to gather and present pertinent information regarding sentencing, including but not limited to application of the § 3553(a) factors.

IT IS SO STIPULATED.

Dated: October 1, 2026

ERIC GRANT
United States Attorney
Eastern District of California

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant U.S. Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/ *Christopher J. Perras*
CHRISTOPHER J. PERRAS
Special Litigation Counsel

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

/s/ *Patrick Cashman*
PATRICK CASHMAN
Trial Attorney

Dated: October 1, 2026

By: */s/ Tim Zindell*
Tim Zindell
Counsel for Noah Lamb

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 1, 2026 (Doc. No. 27), and good cause appearing therefrom, APPROVES the parties' request to continue. Accordingly, the Status Conference as to Sentencing scheduled for October 16, 2026, is VACATED and RESET for October 15, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Dena Coggins
United States District Judge